FILED

JAN 2 1 2016

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| | ) | CRIMINAL NO. 16-30006-MJR |
| vs. | ) ) | |
| RICHARD LEE DOERR, III, | ) | Title 18, United States Code, |
| | ) | Sections 2252A(a)(2)(A), (a)(5)(B) |
| Defendant. | ) | and (b)(2) and 2253. |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1

#### DISTRIBUTION OF CHILD PORNOGRAPHY

On or about December 27, 2013, in St. Clair County, within the Southern District of Illinois,

**RICHARD LEE DOERR, III,**

defendant herein, did knowingly distribute child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), including, but not limited to, the following:

1. "71319276512_3.jpg" – an image file of a prepubescent female in the lascivious display of her genitals;

2. "71319178373.jpg" – an image file of two (2) minor females engaged in sexually explicit conduct with an adult male;

3. "70487411833.jpg" – an image file of what appears to be an adult female's hand pulling the garment aside of a child less than four (4) years of age aside so that the minor female's vagina is exposed; and

    4.    "71306846496.jpg" – an image file of a minor female, who appears to be less than five (5) years of age, being digitally penetrated.

that had been mailed, and by using any means or facility of interstate or foreign commerce, and that had been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer; all in violation of Title 18, United States Code, Section 2252A(a)(2)(A).

## COUNT 2

### RECEIPT OF CHILD PORNOGRAPHY

On or about July 11, 2014, in St. Clair County, within the Southern District of Illinois,

**RICHARD LEE DOERR, III,**

defendant herein, did knowingly receive child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), including, but not limited to, the following:

    1.    "9d81c4f7-8cb6-49f1-b36ded5de441.jpg" – an image file of a minor female having oral sex performed on her by an adult female; and

    2.    "06c9b403-26be-40ed-9a7c-ddefc68ab246.jpg" – an image file of a prepubescent female in the lascivious display of her genitals.

that had been mailed, and by using any means or facility of interstate or foreign commerce, and that had been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer; all in violation of Title 18, United States Code, Section 2252A(a)(2)(A).

## COUNT 3

### RECEIPT OF CHILD PORNOGRAPHY

On or about August 31, 2014, in St. Clair County, within the Southern District of Illinois,

**RICHARD LEE DOERR, III,**

defendant herein, did knowingly receive child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), including, but not limited to, the following:

1. "ebab41e9-f65d-4777-a1da-fff-486c4b14f.jpg" – an image file of a minor female in the lascivious display of her genitals; and

2. "Rebecca and me" – a video file of two (2) minor females engaged in sexually explicit conduct.

that had been mailed, and by using any means or facility of interstate or foreign commerce, and that had been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer; all in violation of Title 18, United States Code, Section 2252A(a)(2)(A).

## COUNT 4

### RECEIPT OF CHILD PORNOGRAPHY

From on or about September 1, 2014, through on or about September 5, 2014, in St. Clair County, within the Southern District of Illinois,

**RICHARD LEE DOERR, III,**

defendant herein, did knowingly receive child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), including, but not limited to, the following:

1. "prod-kik@anyvideo.co+5eafc39f-d7da-4631-a2c7-f212506c0e.mp4" – a video file of a prepubescent minor female masturbating with a vibrator;

3

2. "prod-kik@anyvideo.co+52d8fc50-a33-4754-8e75-70942bb3e414.mp4" – a video file of a minor female, approximately eight (8) to ten (10) years old, performing oral sex on an adult male; and

3. "prod-kik@anyvideo.co+87c01aab-e221-4915-9d58-5a997eb4262c.mp4" – a video file of a prepubescent female engaged in sexually explicit conduct with an adult male.

that had been mailed, and by using any means or facility of interstate or foreign commerce, and that had been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer; all in violation of Title 18, United States Code, Section 2252A(a)(2)(A).

## COUNT 5

### POSSESSION OF PREPUBESCENT CHILD PORNOGRAPHY

On or about October 2, 2014, in St. Clair County, within the Southern District of Illinois,

### RICHARD LEE DOERR, III,

defendant herein, did knowingly possess material, including, but not limited to, a Verizon (CDMA) Motorola cellular telephone, Model Number XT1080 Droid Ultra, bearing IMSI number 311480087307983; and a Samsung Galaxy Tab 2, Android 4.2.2 WIFI tablet, Model Number GT-P5113TS, bearing serial number R22D202PY6E; that contained images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), including, but not limited to, the following:

1. "7yopussy and anal.wmv" – a video file of what appears to be a minor female under the age of five engaged in sexually explicit conduct with an adult male; and

4

2. "kait 6yrs(p)" – a video file of a minor female, who appears to be five (5) to six (6) years old, engaged in sexually explicit conduct with an adult male.

that involved a prepubescent minor or a minor who had not attained 12 years of age, that had been shipped and transported using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce, and which were produced using materials which had been mailed, shipped or transported in or affecting interstate or foreign commerce, by any means, including by computer; all in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

## FORFEITURE ALLEGATION

Upon conviction for the offenses charged in this Indictment, defendant **RICHARD LEE DOERR, III,** shall forfeit to the United States, pursuant to Title 18, United States Code 2253, any and all material that contained any images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), and any and all property used and intended to be used in any manner or part to commit and to promote the commission of the aforementioned offenses.

The property that is subject to forfeiture referred to in the paragraph above includes, but is not limited to, the following:

1. a Verizon (CDMA) Motorola cellular telephone, Model Number XT1080 Droid Ultra, bearing IMSI number 311480087307983; and

2. a Samsung Galaxy Tab 2, Android 4.2.2 WIFI tablet, Model Number GT-P5113TS, bearing serial number R22D202PY6E.

**A TRUE BILL**

*Angela Scott*
ANGELA SCOTT
Assistant United States Attorney


*James L. Porter*
JAMES L. PORTER
Acting United States Attorney

Recommended Bond: $10,000 unsecured bond with electronic monitoring.